# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RON RAMOS,** Individually, And On Behalf Of All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) **SDHI, INC., DBA CLASSIC HOME IMPROVEMENTS,** and DOES 1 through 10, inclusive, ) ) ) ) ) Defendant. ) ) | Case No. 3:16-cv-02381-WQH-RBB  **ORDER** |

    IT IS HEREBY ORDERED that pursuant to the Joint Motion of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and attorney fees.

Dated: May 4, 2017

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court